UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
DIVISION Louisville
CIVIL ACTION NO.________________________

BONNIE DISCH and GORDON DISCH — PLAINTIFFS
137 Indiana Trail
Radcliff, Kentucky 40160

V. — Civil Case No. 3-13-cv-190-H

LINC GOVERNMENT SERVICES, LLC — DEFENDANT
1221 Lamar, Suite 1500
Houston, Texas 77010

**Serve By Registered Agent:**
CT Corporation System
306 W. Main Street, Suite 512
Frankfort, Kentucky 40601

# COMPLAINT

* * * * *

Comes Plaintiffs, BONNIE DISCH and GORDON DISCH, and for their cause of action against the Defendant, LINC GOVERNMENT SERVICES, LLC, states as follows:

1. Plaintiffs file this action in United States District Court as the negligent acts complained of occurred in Ireland Army Community Hospital located at Fort Knox, Kentucky, a federal enclave under the jurisdiction of the United States District Court.

2. Plaintiffs, BONNIE DISCH and GORDON DISCH reside at 137 Indiana Trail, Radcliff, Hardin County, Kentucky 40160.

3. Defendant, LINC GOVERNMENT SERVICES, LLC, is a Limited Liability Company with a principal office located at 1221 Lamar, Suite 1500, Houston, Texas, 7710 and may be served with summons by Defendant's Registered Agent at CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, Kentucky, 40601.

4. That on or about May 18, 2011, the Plaintiff was in Ireland Army Community Hospital a facility located at Fort Knox, Kentucky. The Plaintiff was in an area of the hospital where the Defendant had been performing preventive care, on-site inspection, and/or maintenance to the elevators. The area in which the employees of the Defendant had been working had not been cleared of a grease-like substance that had been deposited onto the surface of the floor during the repairs, on-site inspection, or maintenance.

5. Defendant carelessly and negligently failed to provide adequate safeguards to prevent Plaintiff and other persons in Plaintiff's position from slipping and falling, such safeguards include, but are not limited to, cleaning the area where the Defendant's employees had been working or covering the area with a protective barrier.

6. As a direct and proximate result of the aforementioned negligence of the Defendant and its employees, the Plaintiff fell and broke her hip. The Plaintiff suffered, and still suffers, and will continue to suffer, severe physical and mental pain and suffering. Her overall health, strength, and vitality as a result of this negligence have been greatly impaired.

7. As a further direct and proximate result of the aforementioned negligence of Defendant, Plaintiff has incurred and will incur expenses for medical treatment, including prescriptions and lost wages.

8. As a result of the injuries to his spouse, Plaintiff, Gordon Disch, has incurred expenses and has sustained great and irreparable loss in that he has been deprived of the society, companionship, consortium, and services of his spouse, for all of which loss, deprivation, injury, and damage, Plaintiff claims damages and demands judgment therefore against Defendant.

9. By reason of the above and foregoing, Plaintiffs have been damaged in a sum in excess of the minimum jurisdictional limits of this Court.

10. This action has previously been filed in the Hardin Circuit Court of the Commonwealth of Kentucky and is filed herein pursuant to the provisions of KRS 413.270.

WHEREFORE, Plaintiffs, BONNIE DISCH and GORDON DISCH, demands as follows:

1. Judgment against the Defendant for Plaintiffs' damages in an amount in excess of the minimum jurisdictional limits of this Court.

2. Interest on said judgment at the legal rate from date of judgment.

3. For their costs;

4. For a trial by jury;

5. For any and all further relief to which they may appear entitled.

PAUL MUSSELWHITE
*Attorney for Plaintiff*
Musselwhite Meinhart & Staples P.S.C.
385 W. Lincoln Trail Blvd.
Radcliff, Kentucky 40160
(502) 351-6032

VERIFICATION

I, BONNIE DISCH and GORDON DISCH, do hereby verify that I have read the foregoing Complaint and that the statements contained therein are true and accurate to my best knowledge and belief.

BONNIE DISCH

GORDON DISCH

STATE OF KENTUCKY
COUNTY OF HARDIN

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me this 23 day of January, 2013, by BONNIE DISCH, to be her voluntary act and deed for the purposes contained therein.

Mary C [signature]
NOTARY PUBLIC
Kentucky, State at Large
My commission expires: 7/22/2016
#470368

ESTATE OF KENTUCKY
COUNTY OF HARDIN

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me this 23 day of January, 2013, by GORDON DISCH, to be his voluntary act and deed for the purposes contained therein.

Mary C [signature]
NOTARY PUBLIC
Kentucky, State at Large
My commission expires: 7/22/2016
#470368