UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:13-cv-190-H

**ELECTRONICALLY FILED**

| | |
|---|---|
| BONNIE DISCH and GORDON DISCH ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| LINC GOVERNMENT SERVICES, LLC ) | **RULE 7.1 CORPORATE DISCLOSURE** |
| ) | |
| Defendant ) | |

Defendant Linc Government Services, LLC ("LINC"), by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows.

In September 2012, LINC was renamed ABM Government Services, LLC. Its member is ABM Facility Solutions Group, LLC. The publicly held corporation ABM Industries Incorporated (NYSE: ABM) owns an interest in the company.

Respectfully submitted,

*/s/ Jeremy S. Rogers*
Michael W. Hawkins
255 East Fifth Street, Suite 1900
Cincinnati, Ohio  45202
Tel: (513) 977-8270
Fax: (513) 977-8141

And

Jeremy S. Rogers
101 S. Fifth Street, Suite 2500
Louisville, Kentucky  40202

Tel: (502) 581-8000
Fax: (502) 581-8111

*Counsel for Defendant,*
*Linc Government Services, LLC*

### CERTIFICATE OF SERVICE

It is hereby certified that on this, the 26th day of February 2013, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/*s*/ *Jeremy S. Rogers*
*Counsel for Defendant*