**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**BONNIE DISCH, et al.** **PLAINTIFF(S)**

**VS** **CIVIL ACTION NO. 3:13CV-190-H**

**ABM GOVERNMENT SERVICES, LLC** **DEFENDANT(S)**

# ORDER

Counsel having notified the Court of a settlement in this case;

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire. **The jury trial scheduled for July 8, 2014 is remanded from the Court's docket.**

Date: July 3, 2014

John G. Heyburn II
Senior Judge, U.S. District Court

July 3, 2014

Copies:
All counsel
Jury Clerk